Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–15148–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Deborah Graves
 aka Deborah Doherty, aka Deborah Jones
 30 Cumberland Drive
 Brick, NJ 08723

Social Security No.:
 xxx–xx–0950

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 16, 2016.

On May 3, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:  June 12, 2018
Time:  10:00 AM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 7, 2018
JAN: pbf

 Jeanne Naughton
 Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                      Case No. 16-15148-MBK
Deborah Graves                                              Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: May 07, 2018
                              Form ID: 185             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
db          +Deborah Graves,    30 Cumberland Drive,    Brick, NJ 08723-7539
cr          +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
              Mt. Laurel, NJ 08054-3437
516065424    AT&T Wireless,    Attn: Diversified Consultants,    PO Box 1022,    Wixom, MI 48393-1022
516322801    BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL 33631-3785
516159083   +CIT Bank, N.A,    c/o OneWest Bank Mortgage Servicing,    PO BOX 9013,
              Addison, Texas 75001-9013
517332385   +CIT Bank, N.A.,,    fka OneWest Bank, N.A.,,    fka OneWest Bank, FSB,    P.O. Box 9013,
              Addison, Texas 75001-9013
516118989   +CONSUMER PORTFOLIO SERVICES,    19500 JAMBOREE ROAD,    IRVINE CA 92612-2411
516065426    Comenity Bank,    PO Box 182125,    Columbus, OH 43218-2125
516065430   +McCabe Weisberg & Conway,    216 Haddon Avenue Suite 201,    Collingswood, NJ 08108-2818
516287266   +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
              Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
516065432   +Verizon Wireless,    Attn: Pinnacle Credit Services,    PO Box 640,   Hopkins, MN 55343-0640
517315668   +eCAST Settlement Corporation,    c/o Becket and Lee LLP,    PO Box 3002,   Malvern PA 19355-0702
517315669   +eCAST Settlement Corporation,    c/o Becket and Lee LLP,    PO Box 3002,   Malvern PA 19355-1245,
              eCAST Settlement Corporation,    c/o Becket and Lee LLP 19355-0702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 07 2018 23:47:03      U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2018 23:47:01      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516317796    E-mail/PDF: resurgentbknotifications@resurgent.com May 07 2018 23:51:22
              Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
              Corporation of America Holdings,    Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
516117221   +E-mail/Text: bankruptcy@consumerportfolio.com May 07 2018 23:47:12
              CONSUMER PORTFOLIO SERVICES,    PO BOX 57071,    IRVINE, CA. 92619-7071
516065427   +E-mail/Text: bankruptcy@consumerportfolio.com May 07 2018 23:47:12
              Consumer Portfolio Servicing,    16355 Laguna Canyon Road,   Irvine, CA 92618-3801
516065428   +E-mail/Text: mrdiscen@discover.com May 07 2018 23:46:26      Discover,   PO BOx 71084,
              Charlotte, NC 28272-1084
516089642    E-mail/Text: mrdiscen@discover.com May 07 2018 23:46:26      Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516065429    E-mail/Text: bankruptcy@sccompanies.com May 07 2018 23:48:11      Ginnys,    1112 7th Avenue,
              Monroe, WI 53566-1364
516065431    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2018 23:41:14
              Portfolio Recovery Associates,    140 Corporate Blvd Ste 1,   Norfolk, VA 23502
516322406    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2018 23:57:33
              Portfolio Recovery Associates, LLC,    c/o Bon Ton,   POB 41067,   Norfolk VA 23541
516427501    E-mail/PDF: gecsedi@recoverycorp.com May 07 2018 23:39:56      Synchrony Bank,
              c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516065425     ##+Cit Bank,   888 East Walnut Street,    Pasadena, CA 91101-1895
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                            Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin               Page 2 of 2               Date Rcvd: May 07, 2018
                              Form ID: 185              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Charles G. Wohlrab    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust C cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank N.A., fka OneWest
               Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Debtor Deborah   Graves cerbonelawfirm@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank N.A., fka OneWest
               Bank, FSB rsolarz@kmllawgroup.com
                                                                                              TOTAL: 7
```