UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on July 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Deborah Graves

Debtor(s)

Case No.: 16-15148 / MBK

Hearing Date: 07/22/2020

Judge: Michael B. Kaplan

Chapter:  13

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: July 28, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $46,245.00 paid to date

- Debtor(s) shall remit $1,281.00 per month to the Trustee for 8 months beginning 08/01/2020

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Deborah Graves  
    Debtor

Case No. 16-15148-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 29, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2020.  
db          +Deborah Graves,    30 Cumberland Drive,    Brick, NJ 08723-7539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2020 at the address(es) listed below:
- Albert Russo    docs@russotrustee.com
- Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
- Aleisha Candace Jennings    on behalf of Creditor Wilmington Savings Fund Society, FSB ajennings@rasflaw.com
- Andrew L. Spivack    on behalf of Creditor BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
- Denise E. Carlon    on behalf of Creditor CIT Bank, N.A., fka OneWest Bank N.A., fka OneWest Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
- Elizabeth L. Wassall    on behalf of Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust C ewassall@logs.com, njbankruptcynotifications@logs.com
- James J. Cerbone    on behalf of Debtor Deborah Graves cerbonelawfirm@aol.com, cerbonejr83307@notify.bestcase.com
- Melissa S DiCerbo    on behalf of Creditor CIT Bank, N.A. nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
- Rebecca Ann Solarz    on behalf of Creditor CIT Bank, N.A., fka OneWest Bank N.A., fka OneWest Bank, FSB rsolarz@kmllawgroup.com
- Sindi Mncina    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB smncina@rascrane.com

                                                                                TOTAL: 10