Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 16−15148−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Deborah Graves
   aka Deborah Doherty, aka Deborah Jones
   30 Cumberland Drive
   Brick, NJ 08723

Social Security No.:
   xxx−xx−0950

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/5/21 at 09:00 AM

to consider and act upon the following:

*84* − Creditor's Certification of Default (related document:49 Order on Motion For Relief From Stay) filed by Lauren Moyer on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust. Objection deadline is 11/30/2020. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Moyer, Lauren)

Dated: 12/1/20

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court