Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16−15148−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Deborah Graves
   aka Deborah Doherty, aka Deborah Jones
   30 Cumberland Drive
   Brick, NJ 08723

Social Security No.:
   xxx−xx−0950

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/24/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: March 25, 2021
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 16-15148-MBK
Deborah Graves    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3
Date Rcvd: Mar 25, 2021    Form ID: 148    Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah Graves, 30 Cumberland Drive, Brick, NJ 08723-7539 |
| cr | + | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| cr | + | Wilmington Savings Fund Society, FSB, RAS Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 516065424 | | AT&T Wireless, Attn: Diversified Consultants, PO Box 1022, Wixom, MI 48393-1022 |
| 516159083 | + | CIT Bank, N.A, c/o OneWest Bank Mortgage Servicing, PO BOX 9013, Addison, Texas 75001-9013 |
| 517655333 | + | CIT Bank, N.A., c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, Virginia 23452-4262 |
| 517655334 | + | CIT Bank, N.A., c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, Virginia 23452, CIT Bank, N.A. c/o LoanCare, LLC 23452-4262 |
| 517332385 | + | CIT Bank, N.A.,, fka OneWest Bank, N.A.,, fka OneWest Bank, FSB, P.O. Box 9013, Addison, Texas 75001-9013 |
| 517653654 | + | CIt Bank N.A., c/o Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517653655 | + | CIt Bank N.A., c/o Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452, CIt Bank N.A. c/o Loancare LLC 23452-4262 |
| 516118989 | + | CONSUMER PORTFOLIO SERVICES, 19500 JAMBOREE ROAD, IRVINE CA 92612-2411 |
| 516065425 | + | Cit Bank, 888 East Walnut Street, Pasadena, CA 91101-1895 |
| 516065430 | + | McCabe Weisberg & Conway, 216 Haddon Avenue Suite 201, Collingswood, NJ 08108-2818 |
| 516065432 | + | Verizon Wireless, Attn: Pinnacle Credit Services, PO Box 640, Hopkins, MN 55343-0640 |
| 518526830 | + | Wilmington Savings Fund Society, FSB, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517315668 | + | eCAST Settlement Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 517315669 | + | eCAST Settlement Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-1245, eCAST Settlement Corporation c/o Becket and Lee LLP 19355-0702 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 25 2021 22:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 25 2021 22:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516317796 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2021 22:28:03 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516322801 | | EDI: BANKAMER.COM | Mar 26 2021 00:38:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 516117221 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 25 2021 22:59:00 | CONSUMER PORTFOLIO SERVICES, PO BOX 57071, IRVINE, CA. 92619-7071 |
| 516065426 | | EDI: WFNNB.COM | Mar 26 2021 00:38:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 516065427 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 25 2021 22:59:00 | Consumer Portfolio Servicing, 16355 Laguna Canyon Road, Irvine, CA 92618-3801 |
| 516065428 | + | EDI: DISCOVER.COM | Mar 26 2021 00:38:00 | Discover, PO BOx 71084, Charlotte, NC 28272-1084 |

Case 16-15148-MBK    Doc 92    Filed 03/27/21    Entered 03/28/21 00:14:42    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2021 | Form ID: 148 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| 516089642 | | EDI: DISCOVER.COM | | |
| | | | Mar 26 2021 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516065429 | | EDI: CBS7AVE | | |
| | | | Mar 26 2021 00:38:00 | Ginnys, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 516065431 | | EDI: PRA.COM | | |
| | | | Mar 26 2021 00:38:00 | Portfolio Recovery Associates, 140 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 516322406 | | EDI: PRA.COM | | |
| | | | Mar 26 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Bon Ton, POB 41067, Norfolk VA 23541 |
| 516287266 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 25 2021 22:39:27 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518478497 | + | Email/Text: bkteam@selenefinance.com | | |
| | | | Mar 25 2021 22:58:00 | Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South 77042-4546 |
| 518478496 | + | Email/Text: bkteam@selenefinance.com | | |
| | | | Mar 25 2021 22:58:00 | Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 516427501 | | EDI: RMSC.COM | | |
| | | | Mar 26 2021 00:38:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |
| | docs@russotrustee.com |
| Aleisha Candace Jennings | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB ajennings@raslg.com |
| Denise E. Carlon | |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2021 | Form ID: 148 | Total Noticed: 34 |

|  |  |
|---|---|
|  | on behalf of Creditor CIT Bank  N.A., fka OneWest Bank N.A., fka OneWest Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | |
|  | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust C ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| James J. Cerbone | |
|  | on behalf of Debtor Deborah Graves cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| Lauren Moyer | |
|  | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Melissa S DiCerbo | |
|  | on behalf of Creditor CIT Bank  N.A. nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | |
|  | on behalf of Creditor CIT Bank  N.A., fka OneWest Bank N.A., fka OneWest Bank, FSB rsolarz@kmllawgroup.com |
| Sindi Mncina | |
|  | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB smncina@raslg.com |

TOTAL: 10